JUSTS KARLSONS, (State Bar No. 42899)
   jkarlsons@cbmlaw.com
ERIC J. KNAPP, (State Bar No. 214352)
   eknapp@cbmlaw.com
Carroll Burdick & McDonough LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 989-5900
Facsimile:  (415) 989-0932

Attorneys for Plaintiff
SIRIUS XM RADIO, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIRIUS XM RADION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED,<br><br>    Defendants. | Case No. C10-00816 EDL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR SIRIUS XM RADIO INC. TO RESPOND TO ANSWER AND COUNTERCLAIMS**<br><br>The Hon. Elizabeth D. Laporte |

    IT IS HEREBY STIPULATED, by and between Plaintiff Sirius XM Radio Inc. ("Sirius") and Defendants Technology Properties Ltd., Patriot Scientific Corporation, and Alliacense Ltd. (the "Defendants") as follows:

///
///
///
///
///

1  WHEREAS, on or about March 19, 2010, Defendants filed and served their Answer and
2  Counterclaims on Sirius;

3  WHEREAS, the parties have agreed to a 10-day extension of time for Sirius to reply or
4  otherwise respond to the Answer and Counterclaims;

5  THEREFORE, Sirius and the Defendants hereby stipulate and agree that Sirius shall have
6  an extension of time through and including Monday, April 19, 2010 to reply or otherwise respond
7  to the Answer and Counterclaims.

SO STIPULATED:

April 8, 2010

By: ___/s / Eric J. Knapp___
Eric J. Knapp (State Bar No. 214352)
CARROLL BURDICK & MCDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 989-5900
Facsimile: (415) 989-0932
eknapp@cbmlaw.com
*Attorneys for Plaintiff*
SIRIUS XM RADIO INC.

April 8, 2010

By: ___/s / Eugene Y. Mar___
Eugene Y. Mar (State Bar No. 227071)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
emar@fbm.com

April 8, 2010

By: ___/s / Charles T. Hoge___
Charles T. Hoge (State Bar No. 110696)
KIRBY NOONAN LANCE & HOGE
35 Tenth Avenue
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593
choge@knlh.com
*Attorneys for Defendants*
TECHNOLOGY PROPERTIES LTD., et al.