| | |
|---|---|
| 1 | John L. Cooper (State Bar No. 050324) |
|   | jcooper@fbm.com |
| 2 | Stephanie Skaff (State Bar No. 183119) |
|   | sskaff@fbm.com |
| 3 | Eugene Y. Mar (State Bar No. 227071) |
|   | emar@fbm.com |
| 4 | Farella Braun & Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 6 | Facsimile: (415) 954-4480 |

Attorneys for Defendants
TECHNOLOGY PROPERTIES LIMITED and
ALLIACENSE LIMITED

Charles T. Hoge, Esq. (State Bar No. 110696)
    choge@knlh.com
Kirby Noonan Lance & Hoge
35 Tenth Avenue
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIRIUS XM RADIO, INC., | Case No. C10-00816 EDL |
| Plaintiff, | **TPL'S, PATRIOT'S AND ALLIACENSE'S ANSWER TO COUNTERCLAIM FOR DECLARATORY JUDGMENT ON THE '949 PATENT** |
| vs. | |
| TECHNOLOGY PROPERTIES LIMITED, PATRIOT SCIENTIFIC CORPORATION, and ALLIACENSE LIMITED, | The Hon. Elizabeth D. Laporte |
| Defendants. | **JURY TRIAL DEMANDED** |

Declaratory judgment defendants and Counter-Claimants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Alliacense Limited ("Alliacense") (TPL, Patriot, and Alliacense are collectively referred to herein as "Defendants") hereby answer

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

TPL'S, ALLIACENSE'S AND PATRIOT'S ANSWER
TO SIRIUS XM'S COUNTERCLAIM
Case No. C10-00816 EDL

25645\2250283.1

declaratory judgment plaintiff Sirius XM Radio, Inc.'s ("Sirius XM" or "Plaintiff") Counterclaim as set forth below:

1. Responding to paragraph 1 of the Counterclaim, Defendants admit that this is an action arising under the Patent Laws of the United States, 35 U.S.C. §§101, *et seq*.

## THE PARTIES

2. Responding to paragraph 2 of the Counterclaim, Defendants admit that Plaintiff represents in its Counterclaim that it is a corporation organized under the laws of Delaware and has its principal place of business at 1221 Avenue of the Americas, New York, New York 10020. Defendants are without knowledge or information sufficient to form a belief as the truth of the remaining allegations, and therefore deny each and every allegation therein.

3. Responding to paragraph 3 of the Counterclaim, Defendants admit that TPL maintains its principal place of business at 20400 Stevens Creek Boulevard, Cupertino, CA and that TPL is the co-owner of the '336, '749, and '890 Patents, and is the sole owner of the '212, '949 and '853 Patents. Defendants further admit that TPL is a limited liability corporation organized and existing under the laws of the State of California. Except as so expressly admitted, denied.

4. Responding to paragraph 4 of the Counterclaim, Defendants admit that Patriot is a corporation organized under the laws of the State of Delaware with its principal place of business at 6183 Paseo Del Norte, Suite 180, Carlsbad, California 92011. Defendants further admit that Patriot Scientific Corporation is a co-owner of the '336, '749, and '890 Patents. Except as so expressly admitted, denied.

5. Responding to paragraph 5 of the Counterclaim, Defendants admit that Alliacense Limited is a limited liability corporation organized and existing under the laws of the State of Delaware with its principal place of business at 20400 Stevens Creek Boulevard, Cupertino, California. Alliacense has represented that it is a TPL Group enterprise. Except as so expressly admitted, denied.

## JURISDICTION AND VENUE

6. Responding to paragraph 6 of the Counterclaim, admitted.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

TPL'S, ALLIACENSE AND PATRIOT'S ANSWER TO
SIRIUS XM'S COUNTERCLAIM - 2 - 25645\2250283.1
Case No. C10-00816 EDL

7. Responding to paragraph 7 of the Counterclaim, admitted.

## FIRST COUNTERCLAIM

8. Responding to paragraph 8 of the Counterclaim, denied.

## DEFENDANTS' AFFIRMATIVE DEFENSES

Defendants allege and assert the following defenses in response to the allegations of the Counterclaim, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein:

1. Plaintiff Sirius XM has infringed the '949 Patent.

2. The asserted claims of and the '949 Patent are valid and enforceable.

## PRAYER FOR RELIEF

A. WHEREFORE, TPL, Alliacense and Patriot respectfully request that Sirius XM Radio, Inc. take nothing by way of its Counterclaim, and that judgment be entered in favor of TPL, Alliacense and Patriot that this is an exceptional case and awarding TPL, Alliacense and Patriot attorneys' fees under 35 U.S.C. § 285, and for such other and further relief at law and in equity as the Court may deem just and proper.

Dated: May 10, 2010        FARELLA BRAUN & MARTEL LLP

By: _/s/ John L. Cooper_
John L. Cooper

Attorneys for Defendant
TECHNOLOGY PROPERTIES LIMITED and ALLIACENSE LIMITED

Dated: May 10, 2010        KIRBY NOONAN LANCE & HOGE, LLP

By: _/s/ Charles T. Hoge_
Charles T. Hoge

Attorneys for Defendant
PATRIOT SCIENTIFIC CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

TPL'S, ALLIACENSE AND PATRIOT'S ANSWER TO SIRIUS XM'S COUNTERCLAIM
Case No. C10-00816 EDL

- 3 -

25645\2250283.1